██ In the Matter of SARAH DOWNING HOWARD, an Attorney. [57 NYS3d 435]—

Per Curiam. Sarah Downing Howard was admitted to practice by this Court in 2002 and lists a business address in Greenville, South Carolina with the Office of Court Administration. By affidavit sworn to June 10, 2017, Howard seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department opposes the application by July 14, 2017 correspondence from its Chief Attorney.

Having determined that Howard is ineligible for nondisciplinary resignation, her application must be denied (*see Matter of Tierney*, 148 AD3d 1457, 1458 [2017]; *Matter of Cluff*, 148 AD3d 1346, 1346-1347 [2017]).

Peters, P.J., McCarthy, Egan Jr., Rose and Rumsey, JJ., concur. Ordered that Sarah Downing Howard's application for permission to resign is denied.